**DISMISS and Opinion Filed May 6, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-11-00288-CV
_____

### G.M. HOUSER, LTD., HOUSER MATERIALS, L.L.C., COLLIN-G MANAGEMENT, L.L.C., COLLIN-G PROPERTIES, LTD., AND GERALD HOUSER, Appellants
### V.
### DAVID E. RODGER, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-05-614**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We reinstate this appeal. This case was abated in 2011 due to bankruptcies of three of the appellants. *See* TEX. R. APP. P. 8.2. Although the bankruptcies were closed in November 2015 and June 2020, no parties informed the Court. *See id.* 8.3. The Court learned the bankruptcies were closed while conducting an independent review of the federal Public Access to Court Electronic Records (PACER) system.

By letter, we informed the parties that we had learned the bankruptcy cases were closed and would dismiss the appeal for want of prosecution or for failure to respond to a Court order or notice from the Clerk of the Court unless any party gave

cause as to why it should not be dismissed. *See id.* 42.3(b),(c). To date, no party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss the appeal. *See id.* 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

110288F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

G.M. HOUSER, LTD., HOUSER MATERIALS, L.L.C., COLLIN-G MANAGEMENT, L.L.C., COLLIN-G PROPERTIES, LTD., AND GERALD HOUSER, Appellant

No. 05-11-00288-CV      V.

DAVID E. RODGER, Appellee

On Appeal from the 382nd Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 1-05-614.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal for want of prosecution.

Judgment entered May 6, 2021